FILED
JUN 30 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,#267009
SEXUAL ASSAULT SURVIVOR, & FOR OTHER
SURVIVORS OF RAPE & SEXUAL ASSAULT,

Case: 2:25-cv-11958
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/30/2025
Description: CMP Cardello-Smith V. Combs et al (TH)

Case No: 25-_____

Honorable:_____

SEAN COMBS, a/k/a/ Diddy
a/k/a/ Puff Daddy, a/k/a/ P. Diddy,
KYM L. WORTHY, Wayne County Prosecutor,
WAYNE COUNTY PROSECUTORS OFFICE,
HARVEY F. TENNEN, Wayne County Court Judge,
JOHN D. O'HAIR, Former Wayne County Prosecutor,
PATRICIA PENMAN, Detective for Wayne County
ESTATE OF HARVEY F. TENNEN, Wayne County Court Judge
ESTATE OF JOHN D. O'HAIR, Former Wayne County Prosecutor,
Defendants,
_____/

## REQUEST FOR CLERK TO ISSUE SUMMONS FOR SERVICE UPON THE DEFENDANTS

Plaintiff hereby requests that this clerk issue the summons and return one copy of this complaint back to the Plaintiff for service upon the defendants and all court documents to be preserved for the case record.

Thank you for your time in this matter.

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. BLuewater Highway
Ionia, MI 48846

June 23, 2025

Clerk of the Court
US District Court-Eastern
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith v. Sean Combs, et al
       Case No 25-cv-_____

Dear Clerk:

Enclosed for filing in the above cause, the following documents for case assignment and judicial assignment:

1. Complaint and Demand for Jury Trial.
2. Offers of Proof-Transcripts and Response from Wayne County Prosecutors Office Conviction Integrity Unit Director-Valeria Newman.
3. 3. Transcripts of Kym L. Worthy under Oath in May 1, 1998 in the courtroom of Judge Harvey F. Tennen.
4. Wayne County Prosecutors Letter confirming that Conviction Integrity Unit does not disagree with my assessment.
5. Motion to Waive Fees.

Please notify me when this case has been docketed.

Thank you for your time.

Derrick Lee Cardello-Smith

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Clerk of the Court
United States District Court-Eastern
231 W. Lafayette Blvd
Room 564
Detroit, MI 48226

RECEIVED
JUN 30 2025
CLERK'S OFFICE
U.S. DISTRICT COURT