UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Derrick Cardello-Smith,

    Plaintiff,

v.

Sean Combs, et al.,

    Defendants.

_____/

Case No. 25-11958
Hon. Jonathan J.C. Grey

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO WAIVE FEES AND COSTS (ECF No. 2) AND DISMISSING THE CASE WITHOUT PREJUDICE

On June 30, 2025, pro se Plaintiff Derrick Cardello-Smith filed a complaint alleging malicious prosecution and breach of contract as well as a motion to waive fees and costs based on imminent danger. (ECF Nos. 1, 2.)

On June 27, 2025, Cardello-Smith filed *identical* pleadings in the Western District of Michigan. The *identical* case was transferred from the Western District of Michigan to the Eastern District pursuant to 28 U.S.C. § 1406(a) and assigned to Judge Judith Levy. On August 6, 2025, Judge Levy issued an order denying the motion to waive fees and

dismissing the case without prejudice. *See* Opinion and Order Denying the Application for Leave to Proceed in Forma Pauperis and Dismissing the Case Without Prejudice, *Cardello-Smith v. Combs*, et al., No. 5:25-cv-12137-JEL-APP, ECF No. 6 (Aug. 6, 2025).

For the reasons set forth in Judge Levy's order, the Court **DENIES** Cardello-Smith's motion and **DISMISSES** the case without prejudice.[1]

**SO ORDERED**.

DATE: December 18, 2025

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Judge

---

[1] On June 30, 2025, the Court enjoined Cardello-Smith from filing any documents with the Court, including the filing of new complaints, without first receiving written permission from the Chief Judge or the Miscellaneous Duty Judge. *See Cardello-Smith v. Combs*, No. 24-cv-12647, 2025 WL 1951722, at *11–12 (E.D. Mich June 30, 2025). It appears, however, that Cardello-Smith commenced the present action before the enjoined-filer order was entered.

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

                            **s/ S. Osorio**
                            Sandra Osorio
                            Case Manager